**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MATTHEW ROBERT HEYN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 5:11-cv-203 (CAR)** |
| **JERRY MODENA and Deputy WILKES,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 6] to dismiss Plaintiff's claims against Defendant JERRY MODENA. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendant JERRY MODENA are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's claims against Defendant WILKES shall go forward.

It is SO ORDERED this 29th day of July, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH

1